■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAAC MALDONADO, Appellant. [930 NYS2d 170]—

Concur—Andrias, J.P., Friedman, Renwick, Richter and Manzanet-Daniels, JJ.